## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-80147-G3 |
| | § | |
| BENSON PIPELINE MAINTENANCE INC. | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $9,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $75,761.59 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $600,250.40 | | |

3) Total gross receipts of $676,011.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $676,011.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $596,236.57 | $572,139.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $600,250.40 | $600,250.40 | $600,250.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,475,081.49 | $582,557.33 | $357,969.63 | $75,761.59 |
| General Unsecured Claims (from **Exhibit 7**) | $2,893,950.95 | $3,191,803.09 | $2,099,478.31 | $0.00 |
| **Total Disbursements** | $4,369,032.44 | $4,970,847.39 | $3,629,837.34 | $676,011.99 |

4). This case was originally filed under chapter 7 on 04/11/2013. The case was pending for 46 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2017     By: /s/ Janet S. Northrup
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| STATE FARM POLICY - BENEFICIARY OF LIFE INSURANCE ON DEBRA B | 1129-000 | $589,716.29 |
| ACCOUNTS RECEIVABLE | 1229-000 | $75,000.00 |
| ASSURANT HEALTH- PREMIUM REFUND | 1229-000 | $72.06 |
| Refund from Texas Comptroller | 1229-000 | $3,479.46 |
| FIRST INSURANCE FUNDING- INSURANCE PREMIUM REBATE | 1290-000 | $7,733.18 |
| Subpoena | 1290-000 | $11.00 |
| **TOTAL GROSS RECEIPTS** | | **$676,011.99** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Brazoria County Tax Office | 4110-000 | $0.00 | $24,097.57 | $0.00 | $0.00 |
| 16 | National Oilwell Varco-NOV Wilson | 4110-000 | $0.00 | $3,885.00 | $3,885.00 | $0.00 |
| 18 | Copano Pipelines/South Texas, L.P. | 4110-000 | $0.00 | $568,254.00 | $568,254.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$596,236.57** | **$572,139.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORTHRUP, JANET S., Trustee | 2100-000 | NA | $37,050.60 | $37,050.60 | $37,050.60 |
| NORTHRUP, JANET S., Trustee | 2200-000 | NA | $716.17 | $716.17 | $716.17 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | $217.88 | $217.88 | $217.88 |
| Internation Sureties, LTD | 2300-000 | NA | $62.88 | $62.88 | $62.88 |
| Payment to secured | 2420-750 | NA | $489,618.18 | $489,618.18 | $489,618.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| lender [State Farm] | | | | | |
| First National Bank of Vinita | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| Integrity Bank | 2600-000 | NA | $5,199.24 | $5,199.24 | $5,199.24 |
| Order Approving Attorney's Fees; Doc. No. 54; 8/28/14, Attorney for Trustee | 3110-000 | NA | $37,010.50 | $37,010.50 | $37,010.50 |
| Order Approving Attorney's Fees; Doc. No. 65; 8/27/15, Attorney for Trustee | 3110-000 | NA | $13,106.37 | $13,106.37 | $13,106.37 |
| Order Approving Attorney's Fees; Doc. No. 54; 8/28/14, Attorney for Trustee | 3120-000 | NA | $1,271.62 | $1,271.62 | $1,271.62 |
| Order Approving Attorney's Fees; Doc. No. 65; 8/27/15, Attorney for Trustee | 3120-000 | NA | $805.00 | $805.00 | $805.00 |
| Order Approving Accountant Fees; Doc. No. 69; 10/29/15, Accountant for Trustee | 3410-000 | NA | $15,053.50 | $15,053.50 | $15,053.50 |
| Order Approving Accountant Fees; Doc. No. 69; 10/29/15, Accountant for Trustee | 3420-000 | NA | $128.46 | $128.46 | $128.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $600,250.40 | $600,250.40 | $600,250.40 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Texas Workforce Commission | 5800-000 | $61,740.00 | $76,509.77 | $76,509.77 | $16,192.72 |
| 15 | IRS | 5800-000 | $0.00 | $224,587.70 | $224,587.70 | $47,532.30 |
| 15b | IRS | 5800-000 | $0.00 | $224,587.70 | $0.00 | $0.00 |
| 17 | Comptroller of Public Accounts | 5800-000 | $0.00 | $56,872.16 | $56,872.16 | $12,036.57 |
| | Alvin ISD | 5800-000 | $6,165.96 | $0.00 | $0.00 | $0.00 |
| | Brazoria County Tax Assessor | 5800-000 | $7,175.53 | $0.00 | $0.00 | $0.00 |
| | IRS | 5800-000 | $1,400,000.00 | $0.00 | $0.00 | $0.00 |

| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $1,475,081.49 | $582,557.33 | $357,969.63 | $75,761.59 |
|---|---|---|---|---|---|---|

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Liebherr Mining & Construction Equipment, Inc. | 7100-000 | $147,306.50 | $146,367.56 | $146,367.56 | $0.00 |
| 2 | Supreme Vacuum Services, L.L.C. | 7100-000 | $3,437.21 | $4,895.00 | $4,895.00 | $0.00 |
| 3 | AGGREKO, LLC | 7100-000 | $151,776.89 | $202,639.89 | $202,639.89 | $0.00 |
| 4 | Sunbelt Rentals | 7100-000 | $17,737.12 | $17,936.51 | $17,936.51 | $0.00 |
| 5 | Challenger Services | 7100-000 | $95,107.27 | $133,967.91 | $133,967.91 | $0.00 |
| 6 | Wolfenson Electric | 7100-000 | $35,868.00 | $44,403.47 | $44,403.47 | $0.00 |
| 7 | Associated Welding Supply | 7100-000 | $18,080.00 | $19,701.02 | $19,701.02 | $0.00 |
| 8 | DMI International Inc | 7100-000 | $51,671.10 | $61,075.00 | $61,075.00 | $0.00 |
| 11 | Morris Young Owens CO DBA MYOOO | 7100-000 | $25,000.00 | $26,392.52 | $26,392.52 | $0.00 |
| 12 | Friedel Drilling Co | 7100-000 | $8,375.18 | $8,375.18 | $8,375.18 | $0.00 |
| 13 | Intercoastal Sales Company | 7100-000 | $170,924.36 | $289,974.22 | $289,974.22 | $0.00 |
| 14 | Praxair Distribution Inc | 7100-000 | $8,582.50 | $8,453.58 | $8,453.58 | $0.00 |
| 15a | IRS | 7100-000 | $0.00 | $1,092,324.78 | $0.00 | $0.00 |
| 15c | IRS | 7100-000 | $1,738,835.00 | $1,092,324.78 | $1,092,324.78 | $0.00 |
| 19 | General Electric Capital Corporation | 7100-000 | $4,146.00 | $4,322.02 | $4,322.02 | $0.00 |
| 20 | Team Industrial Services Inc | 7100-000 | $12,469.74 | $11,419.46 | $11,419.46 | $0.00 |
| 21 | General Inspection Services, Inc. | 7200-000 | $0.00 | $20,000.00 | $20,000.00 | $0.00 |
| 22 | Niel Bansraj | 7200-000 | $0.00 | $6,482.66 | $6,482.66 | $0.00 |
| 23 | Niel Bansraj | 7200-000 | $0.00 | $747.53 | $747.53 | $0.00 |
| | Acetylene Oxygen Company | 7100-000 | $3,724.18 | $0.00 | $0.00 | $0.00 |
| | Arreola, Luis | 7100-000 | $253.22 | $0.00 | $0.00 | $0.00 |
| | Bridges Port A Potty | 7100-000 | $6,040.35 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| Brown, R.P. | 7100-000 | $1,648.80 | $0.00 | $0.00 | $0.00 |
| Cain, Julie | 7100-000 | $1,238.61 | $0.00 | $0.00 | $0.00 |
| Centerpoint Energy Resources Corp | 7100-000 | $65,000.00 | $0.00 | $0.00 | $0.00 |
| Code Red Safety & Rental | 7100-000 | $2,916.57 | $0.00 | $0.00 | $0.00 |
| Crawford, Jerrell | 7100-000 | $908.12 | $0.00 | $0.00 | $0.00 |
| Cuello, Ray | 7100-000 | $81.37 | $0.00 | $0.00 | $0.00 |
| Diamond H Trenching Inc | 7100-000 | $13,738.50 | $0.00 | $0.00 | $0.00 |
| DMI International Inc | 7100-000 | $49,847.00 | $0.00 | $0.00 | $0.00 |
| Doggett Heavy Machinery | 7100-000 | $2,528.83 | $0.00 | $0.00 | $0.00 |
| Ducette, Bradley | 7100-000 | $418.63 | $0.00 | $0.00 | $0.00 |
| Duval Lease Service LLC | 7100-000 | $993.15 | $0.00 | $0.00 | $0.00 |
| Espitia, Fernando | 7100-000 | $386.84 | $0.00 | $0.00 | $0.00 |
| Far West Capital | 7100-000 | $135,551.02 | $0.00 | $0.00 | $0.00 |
| Friendswood Hardware | 7100-000 | $842.59 | $0.00 | $0.00 | $0.00 |
| Inline Services | 7100-000 | $21,930.74 | $0.00 | $0.00 | $0.00 |
| International Paint, Inc. | 7100-000 | $29,209.40 | $0.00 | $0.00 | $0.00 |
| Iron Tractor LLC | 7100-000 | $29,446.25 | $0.00 | $0.00 | $0.00 |
| J&B Pipeline Supply Co Inc | 7100-000 | $618.11 | $0.00 | $0.00 | $0.00 |
| J.I.T. Distributing LLC | 7100-000 | $2,300.00 | $0.00 | $0.00 | $0.00 |
| Johnnys Gauge & Meter Repairs | 7100-000 | $1,431.07 | $0.00 | $0.00 | $0.00 |
| Johnston, D.K. | 7100-000 | $1,415.98 | $0.00 | $0.00 | $0.00 |
| Kee-West Equipment Inc | 7100-000 | $11,180.15 | $0.00 | $0.00 | $0.00 |
| King, D.P. | 7100-000 | $2,414.26 | $0.00 | $0.00 | $0.00 |
| Lavaca Farm Equipment | 7100-000 | $2,797.19 | $0.00 | $0.00 | $0.00 |
| Linares, L.G. | 7100-000 | $458.47 | $0.00 | $0.00 | $0.00 |
| M Weeks Welding Laboratory | 7100-000 | $14,305.00 | $0.00 | $0.00 | $0.00 |
| Mares, J.N. | 7100-000 | $1,007.23 | $0.00 | $0.00 | $0.00 |
| Mobile Mini I, Inc. | 7100-000 | $2.45 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,893,950.95 | $3,191,803.09 | $2,099,478.31 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 13-80147-G3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| For the Period Ending: | 2/17/2017 | §341(a) Meeting Date: | 06/04/2013 |
| | | Claims Bar Date: | 09/03/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOMETOWN BANK ACCT # 74810 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset as it appears this asset has little or no value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 2 | STATE FARM POLICY - BENEFICIARY OF LIFE INSURANCE ON DEBRA B | $561,080.00 | $100,098.11 | | $589,716.29 | FA |
| Asset Notes: | Debtor had an insurance policy and borrowed against it.  State Farm offset the policy and turned over the remaining funds to the chapter 7 trustee. | | | | | |
| 3 | ACCOUNTS RECEIVABLE | $1,050,093.93 | $0.00 | | $75,000.00 | FA |
| Asset Notes: | The A/R is related to ongoing litigation with Copano.  The A/R consists of retainage and extra's owed.  This ongoing litigation to determine collectability of this.  At this point the estimate is $150,000.00. | | | | | |
| 4 | FREE STANDING SCANNER, COPIER, FAX MACHINE LEASED FROM STARG | $9,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This is leased equipment.  Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset as it appears this asset has little or no value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 5 | ASSURANT HEALTH- PREMIUM REFUND (u) | $72.06 | $72.06 | | $72.06 | FA |
| 6 | FIRST INSURANCE FUNDING- INSURANCE PREMIUM REBATE (u) | $7,733.18 | $7,733.18 | | $7,733.18 | FA |
| 7 | JOHN ALDEAN LIFE INSURANCE COMPANY- INSURANCE PREMIUM REBATE (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate.  It would not be cost effective to the creditors of the Estate for the Trustee to liquidate the Estate's interest in this asset as it appears this asset has little or no value.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |
| 8 | Subpoena (u) | $11.00 | $11.00 | | $11.00 | FA |
| 9 | Refund from Texas Comptroller (u) | $3,479.46 | $3,479.46 | | $3,479.46 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $1,631,469.63 | $111,393.81 | | $676,011.99 | $0.00 |

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 13-80147-G3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| For the Period Ending: | 2/17/2017 | §341(a) Meeting Date: | 06/04/2013 |
| | | Claims Bar Date: | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 09/12/2016 | Amended TFR submitted to OUST. |
| 08/26/2016 | TFR completed. Submit to UST after September bk statement received. |
| 08/23/2016 | Funds received from Texas Comptroller. Amended TFR will have to be prepared. |
| 05/23/2016 | TFR corrected and resubmitted. |
| 02/16/2016 | TFR submitted. |
| 12/29/2015 | Ready for TFR. |
| 09/23/2015 | KWA filed fee app. |
| 08/10/2015 | Prepare email to David Bott regarding status of final fee application. |
| 08/05/2015 | HWA filed fee app. |
| 07/28/2015 | No unclaimed funds found with Texas Comptroller. |
| 06/22/2015 | Ready for TFR. |
| 04/16/2015 | Attorney recommended case be closed. No chapter 5 causes of actions to pursue. HWA to file fee app. Ready for TFR after fee app filed, tax returns and fee app for KWA. |
| 01/28/2015 | Update from Rhonda Chandler: We have potential chapter 5 claims against the insiders. We had hoped they would give us Affidavits of Financial Condition so we could abandon such claims, but I don't think that is going to happen. The deadline for chapter 5 claims is mid-April. We will either file suit or not by the end of March. R |
| 11/06/2014 | Current settlement pending with Copano for $75k. |
| 10/30/2014 | Application to Compromise filed with Copano. |
| 10/08/2014 | Asset #3  The Trustee believes the value listed on the debtor's schedule is grossly overstated. The majority of the A/R is uncollectible. The Trustee valued the A/R at $150,000 reducing it from $1.5m because of ongoing litigation with Copano. Copano is contesting the amount owed to the debtor. The amount is an estimate only. See Doc. No. 29. |
| 08/25/2014 | Checked the status of unclaimed property funds via online. Check has been printed on 7/17/2014. We should received check within 7 - 10 business days. Per TFS, funds have been received. |
| 07/11/2014 | Check the Comptroller's website for status of claim. The claim is still being processed. |
| 06/04/2014 | Ongoing litigation with Copano. No funds received within last 6 months but may be forthcoming. |
| 01/08/2014 | Agreed Order with Copano re its Motion to Lift Stay to reduce claim for contribution and/or indemnity to judgment in connection with lawsuit in Lavaca County by landowners for property damage claims. Copano has filed third-party claim in federal district court. Debtor should be defended by insurance carrier. Insurance carrier sent reservation of rights letter but will timely file an Answer for Benson. |
| 10/04/2013 | Depending on recovery of retainage, may need to investigate a/r supposedly owed to debtor by Copano. |
| 10/04/2013 | Need to determine if there are any valid lien claims, per the Texas Property Code, against the $600,000+ retainage held by Copano. Simon is determining how best to go about this. |
| 10/04/2013 | Discovered in excess of $2,500 in Texas Unclaimed Property. Claims will be submitted. |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3        Exhibit 8

| Case No.: | 13-80147-G3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| For the Period Ending: | 2/17/2017 | §341(a) Meeting Date: | 06/04/2013 |
| | | Claims Bar Date: | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/11/2013   Recovery of balance of Whole life policy cash surrender value after paid off loan against the policy with State FArm.
Simon reviewing fraudulent transfers against principal,
and other preferences.

Initial Projected Date Of Final Report (TFR):   12/31/2015     Current Projected Date Of Final Report (TFR):   03/31/2016        /s/ JANET S. NORTHRUP
                                                                                                                    JANET S. NORTHRUP

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-80147-G3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | Bank Name: | First National Bank of Vinita |
| Primary Taxpayer ID #: | **-***0121 | Checking Acct #: | ******2276 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 4/11/2013 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 2/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2013 | (5) | ASSURANT HEALTH | REFUND OF PREMIUM | 1229-000 | $72.06 | | $72.06 |
| 07/23/2013 | (6) | First Insurance Funding | Premium Refund | 1290-000 | $6,254.36 | | $6,326.42 |
| 07/23/2013 | (6) | First Insurance Funding | Premium Refund | 1290-000 | $1,478.82 | | $7,805.24 |
| 08/07/2013 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $7,795.24 |
| 08/26/2013 | | Integrity Bank | Transfer Funds | 9999-000 | | $7,795.24 | $0.00 |
| | | | TOTALS: | | $7,805.24 | $7,805.24 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,795.24 | |
| | | | Subtotal | | $7,805.24 | $10.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,805.24 | $10.00 | |

| For the period of 4/11/2013 to 2/17/2017 | | For the entire history of the account between 06/12/2013 to 2/17/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,805.24 | Total Compensable Receipts: | $7,805.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,805.24 | Total Comp/Non Comp Receipts: | $7,805.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10.00 | Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 | Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $7,795.24 | Total Internal/Transfer Disbursements: | $7,795.24 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-80147-G3 | | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***0121 | | | Checking Acct #: | ******0147 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | dda |
| For Period Beginning: | 4/11/2013 | | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 2/17/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2013 | | First National Bank of Vinita | Transfer Funds | 9999-000 | $7,795.24 | | $7,795.24 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.43 | $7,792.81 |
| 09/05/2013 | | State Farm Life Insurance Company | Refund from State Farm | * | $100,098.11 | | $107,890.92 |
| | | | Payment to secured lender [State Farm]   $(489,618.18) | 2420-750 | | | $107,890.92 |
| | {2} | | State Farm Policy   $589,716.29 | 1129-000 | | | $107,890.92 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $126.74 | $107,764.18 |
| 10/07/2013 | 5001 | George Adams & Company Insurance Agency LLC | Bond Payment | 2300-000 | | $106.94 | $107,657.24 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $173.68 | $107,483.56 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $167.78 | $107,315.78 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $173.09 | $107,142.69 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $172.81 | $106,969.88 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $155.84 | $106,814.04 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $172.28 | $106,641.76 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $166.46 | $106,475.30 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $171.73 | $106,303.57 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $165.93 | $106,137.64 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $171.19 | $105,966.45 |
| 08/28/2014 | 5002 | Hughes Watters Askanase | Order Approving Attorney's Fees; Doc. No. 54; 8/28/14 | * | | $38,282.12 | $67,684.33 |
| | | | Order Approving Attorney's Fees; Doc. No. 54; 8/28/14   $(37,010.50) | 3110-000 | | | $67,684.33 |
| | | | Order Approving Attorney's Fees; Doc. No. 54; 8/28/14   $(1,271.62) | 3120-000 | | | $67,684.33 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $170.91 | $67,513.42 |
| 09/23/2014 | 5003 | George Adams & Company Insurance Agency LLC | Blanket Bond Premium for 2014-15 | 2300-000 | | $97.93 | $67,415.49 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $107.37 | $67,308.12 |
| 10/03/2014 | 5003 | VOID: George Adams & Company Insurance Agency LLC | Void of Check# 5003 | 2300-003 | | ($97.93) | $67,406.05 |

**SUBTOTALS**   $107,893.35   $40,487.30

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 13-80147-G3 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***0121 | | Checking Acct #: | ******0147 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 4/11/2013 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 2/17/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/15/2014 | (8) | Custom Trench, Inc. | Subpoena fee | 1290-000 | $11.00 | | $67,417.05 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $108.73 | $67,308.32 |
| 11/07/2014 | 5004 | George Adams & Company Insurance Agency LLC | Bond Premium Payment for 2014-15 | 2300-000 | | $110.94 | $67,197.38 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.96 | $67,092.42 |
| 12/12/2014 | (3) | Kinder Morgan | Order Approving Motion to Compromise; Doc. No. 58; 12/4/14 | 1229-000 | $75,000.00 | | $142,092.42 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $174.55 | $141,917.87 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $228.91 | $141,688.96 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $206.42 | $141,482.54 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $228.20 | $141,254.34 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $220.48 | $141,033.86 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $227.48 | $140,806.38 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $219.78 | $140,586.60 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $226.76 | $140,359.84 |
| 08/27/2015 | 5005 | Hughes Watters Askanase | Order Approving Attorney's Fees; Doc. No. 65; 8/27/15 | * | | $13,911.37 | $126,448.47 |
| | | | Order Approving Attorney's Fees; Doc. No. 65; 8/27/15   $(12,630.00) | 3110-000 | | | $126,448.47 |
| | | | Order Approving Attorney's Fees; Doc. No. 65; 8/27/15   $(476.37) | 3110-000 | | | $126,448.47 |
| | | | Order Approving Attorney's Fees; Doc. No. 65; 8/27/15   $(805.00) | 3120-000 | | | $126,448.47 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $223.50 | $126,224.97 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $197.02 | $126,027.95 |
| 10/29/2015 | 5006 | KEN WOOD & ASSOCIATES | Order Approving Accountant Fees; Doc. No. 69; 10/29/15 | * | | $15,181.96 | $110,845.99 |
| | | | Order Approving Accountant Fees; Doc. No. 69; 10/29/15   $(15,053.50) | 3410-000 | | | $110,845.99 |
| | | | Order Approving Accountant Fees; Doc. No. 69; 10/29/15   $(128.46) | 3420-000 | | | $110,845.99 |
| | | | SUBTOTALS | | $75,011.00 | $31,571.06 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-80147-G3 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***0121 | | Checking Acct #: | ******0147 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 4/11/2013 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 2/17/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $203.27 | $110,642.72 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $175.07 | $110,467.65 |
| 12/01/2015 | 5007 | Internation Sureties, LTD | 2015 Blanket Premium Bond | 2300-000 | | $62.88 | $110,404.77 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $178.08 | $110,226.69 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $177.79 | $110,048.90 |
| 07/06/2016 | 5008 | NORTHRUP, JANET S. | Trustee Compensation | 2100-000 | | $36,876.63 | $73,172.27 |
| 07/06/2016 | 5009 | NORTHRUP, JANET S. | Trustee Expenses | 2200-000 | | $604.50 | $72,567.77 |
| 07/06/2016 | 5010 | Texas Workforce Commission | Distribution on Claim #: 9; Amount Allowed: 76,509.77; Claim #: 9; Distribution Dividend: 20.27; | 5800-000 | | $15,510.10 | $57,057.67 |
| 07/06/2016 | 5011 | IRS | Distribution on Claim #: 15; Amount Allowed: 224,587.70; Claim #: 15; Distribution Dividend: 20.27; | 5800-000 | | $45,528.52 | $11,529.15 |
| 07/06/2016 | 5012 | Comptroller of Public Accounts | Distribution on Claim #: 17; Amount Allowed: 56,872.16; Claim #: 17; Distribution Dividend: 20.27; | 5800-000 | | $11,529.15 | $0.00 |
| 08/12/2016 | (9) | Texas Comptroller of Public Accounts | Unclaimed Funds | 1229-000 | $3,479.46 | | $3,479.46 |
| 12/05/2016 | 5013 | NORTHRUP, JANET S. | Trustee Compensation | 2100-000 | | $173.97 | $3,305.49 |
| 12/05/2016 | 5014 | NORTHRUP, JANET S. | Trustee Expenses | 2200-000 | | $111.67 | $3,193.82 |
| 12/05/2016 | 5015 | Texas Workforce Commission | Distribution on Claim #: 9; Amount Allowed: 76,509.77; Claim #: 9; Distribution Dividend: 21.16; | 5800-000 | | $682.62 | $2,511.20 |
| 12/05/2016 | 5016 | IRS | Distribution on Claim #: 15; Amount Allowed: 224,587.70; Claim #: 15; Distribution Dividend: 21.16; | 5800-000 | | $2,003.78 | $507.42 |
| 12/05/2016 | 5017 | Comptroller of Public Accounts | Distribution on Claim #: 17; Amount Allowed: 56,872.16; Claim #: 17; Distribution Dividend: 21.16; | 5800-000 | | $507.42 | $0.00 |

**SUBTOTALS**     $3,479.46     $114,325.45

Page No: 5 Exhibit 9

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-80147-G3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***0121 | Checking Acct #: | ******0147 |
| Co-Debtor Taxpayer ID #: | | Account Title: | dda |
| For Period Beginning: | 4/11/2013 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 2/17/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $186,383.81 | $186,383.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,795.24 | $0.00 | |
| | | | Subtotal | | $178,588.57 | $186,383.81 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $178,588.57 | $186,383.81 | |

| For the period of 4/11/2013 to 2/17/2017 | | For the entire history of the account between 08/26/2013 to 2/17/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $668,206.75 | Total Compensable Receipts: | $668,206.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $668,206.75 | Total Comp/Non Comp Receipts: | $668,206.75 |
| Total Internal/Transfer Receipts: | $7,795.24 | Total Internal/Transfer Receipts: | $7,795.24 |
| | | | |
| Total Compensable Disbursements: | $676,001.99 | Total Compensable Disbursements: | $676,001.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $676,001.99 | Total Comp/Non Comp Disbursements: | $676,001.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-80147-G3 | |
| Case Name: | BENSON PIPELINE MAINTENANCE, INC. | |
| Primary Taxpayer ID #: | **-***0121 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/11/2013 | |
| For Period Ending: | 2/17/2017 | |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0147 |
| Account Title: | dda |
| Blanket bond (per case limit): | $69,990,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $186,393.81 | $186,393.81 | $0.00 |

**For the period of 4/11/2013 to 2/17/2017**

| | |
|---|---|
| Total Compensable Receipts: | $676,011.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $676,011.99 |
| Total Internal/Transfer Receipts: | $7,795.24 |
| | |
| Total Compensable Disbursements: | $676,011.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $676,011.99 |
| Total Internal/Transfer Disbursements: | $7,795.24 |

**For the entire history of the case between 04/11/2013 to 2/17/2017**

| | |
|---|---|
| Total Compensable Receipts: | $676,011.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $676,011.99 |
| Total Internal/Transfer Receipts: | $7,795.24 |
| | |
| Total Compensable Disbursements: | $676,011.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $676,011.99 |
| Total Internal/Transfer Disbursements: | $7,795.24 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP